# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0253.  DEANGELO LOVE v. THE STATE.**

In 2009, Deangelo Love pled guilty to armed robbery.  He moved to withdraw his guilty plea in 2011, and the trial court denied the motion by order entered July 1, 2011.  On January 19, 2012, Love filed a notice of appeal to this Court.  We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Love filed his notice of appeal over 200 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.[1]

---

[1] In his notice of appeal, Love states that he did not receive timely notice of the trial court's order, which was mailed to the wrong prison. Regardless of the reason, however, this Court is without jurisdiction to consider an untimely appeal. See *Atlantic- Canadian Corp. v. Hammer, Siler, George Assoc., Inc.*, 167 Ga. App. 257, 257-258 (1) (306 SE2d 22) (1983).  If Love's appeal rights have been frustrated due to the trial court's failure to properly notify him of its ruling, his remedy is to seek to have the order set aside and re-entered in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 10/15/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*